SAWYER & LABAR LLP
ADRIAN SAWYER, State Bar No. 203712
 sawyer@sawyerlabar.com
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

GIBBS & BRUNS LLP
David Sheeren *(pro hac vice pending)*
dsheeren@gibbsbruns.com
Caitlin Halpern *(pro hac vice pending)*
chalpern@gibbsbruns.com
Mark Doré *(pro hac vice pending)*
mdore@gibbsbruns.com
Nick Beachy *(pro hac vice pending)*
nbeachy@gibbsbruns.com
1100 Louisiana St # 5300
Houston, TX 77002
713-650-8805 *(phone)*
713-750-0903 *(fax)*

*Attorneys for Defendant X Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WIWYNN CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>X CORP.,<br><br>　　　　　Defendant. | Case No. 3:24-cv-05322-AGT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT X CORP.'S MOTION TO DISMISS WIWYNN'S FIRST AMENDED COMPLAINT**<br><br>Date:　　　January 17, 2025<br>Time:　　　10:00 a.m.<br>Crtrm:　　　A, 15th Floor |

**[PROPOSED] ORDER**

Before the Court is Defendant X Corp.'s Motion to Dismiss Plaintiff Wiwynn Corp.'s First Amended Complaint ("X's Motion"). Upon due consideration of the briefs and arguments of counsel, the applicable law, and the entire record herein, and all parties having been given notice and an opportunity to be heard, the Court concludes that X's Motion should be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiff Wiwynn Corp. fails to state each of its claims.

Accordingly, it is hereby **ORDERED** that X's Motion is **GRANTED**, and the First Amended Complaint is hereby **DISMISSED** in its entirety with prejudice and without leave to amend.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Alex G. Tse
United States Magistrate Judge