SAWYER & LABAR LLP
ADRIAN SAWYER, State Bar No. 203712
  *sawyer@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

GIBBS & BRUNS LLP
David Sheeren *(pro hac vice)*
  *dsheeren@gibbsbruns.com*
Caitlin Halpern *(pro hac vice)*
  *chalpern@gibbsbruns.com*
Mark Doré *(pro hac vice)*
  *mdore@gibbsbruns.com*
Nick Beachy *(pro hac vice)*
  *nbeachy@gibbsbruns.com*

1100 Louisiana St. # 5300
Houston, TX 77002
713-650-8805 *(phone)*
713-750-0903 *(fax)*

Attorneys for Defendant X Corp.

PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID J. TSAI (SBN 244479)
  *david.tsai@pillsburylaw.com*
ALEKZANDIR MORTON (SBN 319241)
  *alekzandir.morton@pillsburylaw.com*
SURUI QU (SBN 332105)
  *surui.qu@pilsburylaw.com*

Four Embarcadero Center, 22nd Floor
San Franciso, CA 94111-5998
Telephone:    415.983.1000
Facsimile:    415.983.1200

Attorneys for Plaintiff Wiwynn Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WIWYNN CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>X CORP.,<br><br>        Defendant. | Case No. 3:24-cv-05322-AGT<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO ADVANCE HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>**Judge:** Hon. Alex G. Tse |

## STIPULATED REQUEST

Pursuant to Local Rule 6-2, Plaintiff Wiwynn Corporation ("Wiwynn") and Defendant X Corp. (collectively, the "Parties") by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on November 22, 2024, Defendant X Corp. filed a Motion to Dismiss with a hearing set for January 17, 2025 [Dkt. No. 37];

WHEREAS, on December 2, 2024, the parties filed a Stipulated Request For Extension of Time to Respond to Defendant X Corp.'s Motion to Dismiss [Dkt. No. 38];

WHEREAS, on December 4, 2024, the Court granted the Stipulated Request for Extension of Time [Dkt. No. 39];

WHEREAS, on December 4, 2024, the Court filed a Clerk's Notice Rescheduling the Motion to Dismiss Hearing to February 7, 2025 [Dkt. No. 40];

WHEREAS, Defendant's counsel has a conflict on February 7, 2025;

THEREFORE, the parties agree to advance the hearing date of February 7, 2025, to either of January 24 or 31, 2025, subject to the Court's preference/availability.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

By: */s/ Adrian Sawyer*
   Adrian Sawyer

SAWYER & LABAR LLP
ADRIAN SAWYER, State Bar No. 203712
  *sawyer@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

GIBBS & BRUNS LLP
David Sheeren *(pro hac vice)*
  *dsheeren@gibbsbruns.com*
Caitlin Halpern *(pro hac vice)*
  *chalpern@gibbsbruns.com*
Mark Doré *(pro hac vice)*
  *mdore@gibbsbruns.com*
Nick Beachy *(pro hac vice)*
  *nbeachy@gibbsbruns.com*

1100 Louisiana St. # 5300
Houston, TX 77002
713-650-8805 *(phone)*
713-750-0903 *(fax)*

Attorneys for Defendant X Corp.

By: */s/ David J. Tsai*
   David J. Tsai

PILLSBURY WINTHROP
SHAW PITTMAN LLP
DAVID J. TSAI (SBN 244479)
  *david.tsai@pillsburylaw.com*
ALEKZANDIR MORTON (SBN 319241)
  *alekzandir.morton@pillsburylaw.com*
SURUI QU (SBN 332105)
  *surui.qu@pilsburylaw.com*

Four Embarcadero Center, 22nd Floor
San Franciso, CA 94111-5998
Telephone:   415.983.1000
Facsimile:    415.983.1200

Attorneys for Plaintiff Wiwynn Corporation

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatories, as indicated by a conformed signature (/s/) within the foregoing e-filed document.

DATED: December 17, 2024                 */s/ Adrian Sawyer*
                                                                    Adrian Sawyer

**[PROPOSED] ORDER**

Pursuant to the Stipulated Request to Advance the Hearing on Defendant's Motion to Dismiss, the Court hereby orders that the hearing will be advanced to January 24 or 31, 2025.

**IT IS SO ORDERED.**

DATED: December __, 2024

                                                                    Hon. Alex G. Tse
                                                                    United States Magistrate Judge