PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID J. TSAI (SBN 244479)
  david.tsai@pillsburylaw.com
ALEKZANDIR MORTON (SBN 319241)
  alekzandir.morton@pillsburylaw.com
SURUI QU (SBN 332105)
  surui.qu@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111-5998
Telephone:  415.983.1000
Facsimile:  415.983.1200

Attorneys for Plaintiff
Wiwynn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIWYNN CORPORATION,<br><br>           Plaintiff,<br><br>      vs.<br><br>X Corp.,<br><br>           Defendant. | Case No. 24-cv-05322-AGT<br><br>**[PROPOSED] ORDER DENYING X CORP.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Upon consideration of Plaintiff's motion to dismiss, the opposition thereto, and the arguments of the parties, it is hereby ORDERED that the motion is DENIED.

**IT IS SO ORDERED**.

Dated:

_____
Honorable Alex G. Tse
United States Magistrate Judge