UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIWYNN CORPORATION,<br><br>           Plaintiff,<br><br>   v.<br><br>X CORP.,<br><br>           Defendant. | Case No. 24-cv-05322-AGT<br><br>**CONDITIONAL DISMISSAL ORDER** |

    The Court has learned that the parties have reached a tentative settlement in this case. Given this development, the Court now conditionally dismisses the case without prejudice.

    If the parties notify the Court by January 20, 2026, that their settlement is delayed or won't be finalized as soon as planned, the Court will amend this order or vacate this order and schedule a case management conference. If the parties don't file such a notice by January 20, 2026, the action will be dismissed with prejudice by virtue of this order, without any further order of the Court. All currently set dates in the case are vacated.

    **IT IS SO ORDERED.**

Dated: November 24, 2025

Alex G. Tse
United States Magistrate Judge