PILLSBURY WINTHROP SHAW PITTMAN LLP
David J. Tsai (SBN 244479)
david.tsai@pillsburylaw.com
Alekzandir Morton (SBN 319241)
alekzandir.morton@pillsburylaw.com
Surui Qu (SBN 332105)
surui.qu@pillsburylaw.com
John Steger (SBN 341299)
john.steger@pillsburylaw.com
Christopher Garza Estrada, Jr. (SBN 353027)
chris.garzaestrada@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200

Attorneys for Plaintiff
Wiwynn Corporation

SAWYER & LABAR LLP
Adrian Sawyer (SBN 203712)
sawyer@sawyerlabar.com
1700 Montgomery Street, Suite 108
San Francisco, CA 94111
Telephone: 415.262.3820

GIBBS & BRUNS LLP
Anthony Kaim (*pro hac vice*)
akaim@gibbsbruns.com
Caitlin Halpern (*pro hac vice*)
chalpern@gibbsbruns.com
Elisa Wulfsberg (*pro hac vice*)
ewulfsberg@gibbsbruns.com
Nick Beachy (*pro hac vice*)
nbeachy@gibbsbruns.com
1100 Louisiana Street, No. 5300
Houston, TX 77002
Telephone: 713.650.8805

Attorneys for Defendant
X Corp.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WIWYNN CORPORATION,<br>Plaintiff,<br>vs.<br>X Corp.,<br>Defendant. | Case No. 24-cv-05322-AGT<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO DISMISS CASE**<br>Honorable Alex G. Tse |

Plaintiff Wiwynn Corporation ("Plaintiff") and Defendant X Corp. ("Defendant") hereby jointly stipulate to request that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's defenses with prejudice, and with all attorneys' fees, costs of court, and expenses borne by the party incurring same.

WHEREAS, Plaintiff and Defendant have resolved Plaintiff's claims for relief against Defendant and Defendant's defenses asserted in this case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant, through their attorneys of record, that this Court dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendant's defenses with prejudice, and with all attorneys' fees, costs of court, and expenses borne by the party incurring same.

Dated: January 2, 2026

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ David J. Tsai*
David J. Tsai

Attorneys for Plaintiff
Wiwynn Corporation

Dated: January 2, 2026

Gibbs & Bruns LLP

*/s/ Caitlin Halpern*
Caitlin Halpern

Attorney for Defendant
X Corp.

## SIGNATURE ATTESTATION

In accordance with Local Rule 5-1(i), the undersigned attorney hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ David J. Tsai*

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 5, 2026

Honorable Alex G. Tse
United States Magistrate Judge